UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL F. MANALO,

            Petitioner,

    v.

SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES NORTH VALLEY DISTRICT,

            Respondent.

No. CV 17-7227 R (FFM)

JUDGMENT

Pursuant to the Order Summarily Dismissing Petition and Denying Certificate Of Appealability,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 27, 2017

_____
MANUEL L. REAL
United States District Judge